UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ZACHARY HATFIELD,

    Plaintiff,

v.                                                No. 1:23-CV-039-H

AMGUARD INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 32. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on August 28, 2024.

                                                                                  JAMES WESLEY HENDRIX
                                                                                  UNITED STATES DISTRICT JUDGE